UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KELLY HAGAN, Chapter 7 Trustee, </br>    Plaintiff, </br></br> -v- </br></br> PAMELA BAIRD, </br>    Defendant. | No. 1:15-cv-1103 </br></br> Honorable Paul L. Maloney |

## JUDGMENT

The Court has affirmed the decision issued by the Bankruptcy Court. All pending claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 19, 2018                    /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge